Todd M. Friedman (216752)
Adrian R. Bacon  (280332)
**Law Offices of Todd M. Friedman, P.C.**
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERICA SIMMONS, on behalf of herself and all others similarly situated,**<br><br>**Plaintiff,**<br>v.<br><br>**PERFORMANT TECHNOLOGIES, INC.,**<br><br>**Defendant.** | **Case No.:** 2:15-cv-05804-FMO-AJW<br>**JOINT STIPULATION TO DISMISS** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice to Plaintiff, and without prejudice to the putative class, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties have conducted extensive discovery surrounding Plaintiff's allegations of revocation of her consent to be called using an automatic telephone dialing system ("ATDS"), pursuant to the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §227, et seq.  A detailed review of

Defendant's records reveal that this particular matter is not fit for class certification.

Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 16th day of March, 2016

By: s/Todd M. Friedman, Esq.
    TODD M. FRIEDMAN
    Attorney for Plaintiff


/s/ CHARLES R. MESSER, ESQ
CHARLES R. MESSER, ESQ
CARLSON & MESSER
5959 W. Century Blvd., Ste. 1214
Los Angeles, Ca 90045
Tel: (310) 242-2200
Fax: (310) 242-2222
messerc@cmtlaw.com
*Attorney for Defendant*
*Performant Technologies*

Filed electronically on this 16th day of March, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge  Fernando M. Olguin
United States District Court
Central District of California

Charles R Messer
Carlson and Messer LLP

Jeanne L Zimmer
Carlson and Messer LLP

June Grace Felipe
Carlson and Messer LLP


This 16th day of March, 2016.
s/Todd M. Friedman
TODD M. FRIEDMAN